UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-62813

CAROLINA MATAMOROS,

    Plaintiff,

vs.

BROWARD SHERIFF'S OFFICE,

    Defendant.

_____/

## **NOTICE OF REMOVAL**

Defendant, Broward Sheriff's Office, pursuant to 28 U.S.C. §§1331, 1367, and 1441, files a Notice of Removal to remove this action pending in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Case No. CACE-18-023542, to this Court based on:

    1. On October 24, 2018, the plaintiff served a copy of the Summons and Complaint in the above-referenced action in State Court on the Defendant. A copy of all process, pleadings, motions, and orders served in that action are attached hereto pursuant to 28 U.S.C. §1446(a).

    2. The Notice of Removal is filed within thirty days after Defendant's receipt, through service, of a copy of the initial pleading referenced above pursuant to 28 U.S.C. §1446(b).

    3. Removing defendant, Broward Sheriff's Office, is the sole defendant in this action.

    4. The Complaint includes three Counts. Count I alleges a claim against Defendant under the federal, statutory Family Medical Leave Act ("FMLA"), and is titled "Interference with Rights under the FMLA." Paragraph 1 of the Complaint states, "This is an action by the Plaintiff for damages for Defendant's violations of the Family and Medical Leave Act, 29 U.S.C.§2601 *et seq*." Under Section 2617(a) of the FMLA, a civil action may be brought in, *inter*

*alia,* any Federal court of competent jurisdiction. Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction of this civil action arising under the FMLA laws of the United States.

5. This Court has supplemental jurisdiction over Counts II and III of the complaint hereby removed pursuant to 28 U.S.C. §1367. Count II claims disability discrimination under the Florida Civil Rights Act ("FCRA") for defendant's purported denial of FMLA leave and of reasonable accommodation (falling under the purview of the Americans with Disabilities Act ("ADA") and alleges that, "Such discrimination was based upon the Plaintiff's close association with an individual who had a disability in that Plaintiff would not have been the object of discrimination but for the fact that Plaintiff has close association with an individual who suffered a disability," (¶49 of Complaint). Count III claims retaliation under the FRCA for exercising rights to FMLA leave and ADA accommodation (Count III). All three Counts of the Complaint, at ¶s 30, 39 & 57, readopt the factual allegations in the first 29 paragraphs of the Complaint. The claims alleged in Counts II and III are so related to the Count I claim over which this Court has original jurisdiction that they form part of the same case or controversy under 28 U.S.C. §1367.

6. This Court has original and supplemental jurisdiction over all claims in this action under 28 U.S.C. §§1331 and 1367. Removal of this action is proper pursuant to 28 U.S.C. §1441(a).

7. Broward Sheriff's Office, will give all written notices as required by 28 U.S.C. §1446(d), and hereby does give and will give written notice of this Notice of Removal to all adverse parties, namely the Plaintiff, and will file a copy of said notices with the Clerk of the Circuit Court of the 17th Judicial in and for Broward County, Florida.

WHEREFORE, Defendant, Broward Sheriff's Office, requests that this action proceed in this Court as an action properly removed to it.

Dated: November 19, 2018                                             Respectfully submitted,
       Fort Lauderdale, Florida

                                      __s/ Gale Ciceric Payne  
                                      Gale Ciceric Payne, Esq.  
                                      Florida Bar No. 306967  
                                      Email: gcpattorney@aol.com  
                                      Gale Payne & Associates  
                                      1220 East Broward Boulevard  
                                      Fort Lauderdale, FL 33301  
                                      Telephone Number: (954) 821-4500  
                                      Attorneys for Defendant, Broward  
                                                Sheriff's Office

## CERTIFICATE OF SERVICE

       I hereby certify that on the 19th day of November, 2018, I filed the foregoing Notice of Removal and Attachments with the Clerk of this Court. I also certify that the foregoing document and Attachments are being served on the 19th day of November on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing and by email to all counsel of record for Plaintiff at the email addresses identified on the attached Service List.

.

                                      _____/s/ Gale Ciceric Payne_____  
                                          Gale Ciceric Payne

## SERVICE LIST

Plaintiff, Carolina Matamoros versus Defendant, Broward Sheriff's Office

Case No.     CIV-

United States District Court, Southern District of Florida

| | |
|---|---|
| Peter M. Hoogerwoerd, Esquire<br>pmh@rgpattorneys.com<br>Remer & Georges-Pierre, PLLC<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005<br>Attorneys for Plaintiff, Carolina<br>    Matamoros | Nathaly Lewis, Esquire<br>nl@rgpattorneys.com<br>Remer & Georges-Pierre, PLLC<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005<br>Attorneys for Plaintiff, Carolina<br>    Matamoros |

Gale Ciceric Payne, Esquire
gcpattorney@aol.com
Gale Payne & Associates
1220 East Broward Boulevard
Fort Lauderdale, FL 33301
Telephone: (954) 821-4500
Attorney for Defendant, Broward
    Sheriff's Office

List of Attachments to Notice of Removal

- Civil Cover Sheet JS44 FLSD, United States District Court for the Southern District of Florida

- Summons, Civil Cover Sheet, and Complaint in Carolina Matamoros v. Broward Sheriff's Office, in Case No. CACE-18-023542 in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida

- Defendant's Motion to Dismiss and/or Strike the Complaint, in Case No. CACE-18-023542 in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida