UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-62813-CIV-SMITH

CAROLINA MATAMOROS,

        Plaintiff,

vs.

BROWARD SHERIFF'S OFFICE,

        Defendant.
_____/

## **FINAL JUDGMENT**

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, it is hereby

**ORDERED** that judgment is entered in favor of Defendant, Broward Sheriff's Office, and against Plaintiff, Carolina Matamoros. Plaintiff's claims against Defendant are dismissed on the merits.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __8__ day of August, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record