UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-62813-CIV-SMITH/VALLE

CAROLINA MATAMOROS,

    Plaintiff,

vs.

BROWARD SHERIFF'S OFFICE,

    Defendant.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court upon Magistrate Judge Valle's Report and Recommendation to District Judge [DE 71] ("Report"), in which she recommends granting in part Defendant, Broward Sheriff's Office's Second Motion for Bill of Costs [DE 59].  Neither party has filed objections to the Report and Recommendation.  Accordingly, having reviewed the Report and Recommendation and the record, it is

    **ORDERED** that

    1.    Magistrate Judge Valle's Report and Recommendation to District Judge [DE 71] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2.    Defendant, Broward Sheriff's Office's Second Motion for Bill of Costs [DE 59] is **GRANTED in part.**

    3.    Defendant, Broward Sheriff's Office is awarded $2,925.87 in costs with interest accruing from August 8, 2019 at the rate of 1.94%.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 16th day of February, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record