UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-CIV-62813-SMITH/VALLE

CAROLINA MATAMOROS,

    Plaintiff,
.
vs.

BROWARD SHERIFF'S OFFICE,

    Defendant.
_____/

**JUDGMENT ON COSTS & ATTORNEY'S FEES IN FAVOR OF DEFENDANT**

Pursuant to the Court's Order granting Motion for Entry of Judgment, it is hereby

ORDERED that Judgment is entered in favor of Defendant, Broward Sheriff's Office and against Plaintiff, Carolina Matamoros in the sum of $20,803.57.

DONE AND ORDERED in Fort Lauderdale, Florida, this 14th day of November, 2022.

                                                                    _____
                                                                    RODNEY SMITH
                                                                    UNITED STATED DISTRICT JUDGE

cc: All counsel of record